Bennet Botsford Young, Petitioner-Appellee, v. The Lake Dearborn Corporation, etc., et al., Defendants.

Katherine W. Bradley et al., Petitioners-Appellees, v. The Lake Dearborn Corporation, etc., et al., Defendants.

Appeal of Evelyn Pratt Ellithorpe, Defendant-Appellant.

Gen. Nos. 46,648, 46,649. (Abstract of Decision.)

First District, First Division.

October 31, 1955.

Rehearing denied November 16, 1955.

Released for publication November 16, 1955.

Weightstill Woods, for appellant; Wilson & McIlvaine, for appellees; W. S. Bodman, of counsel; Sarsfield Collins, guardian ad litem, for certain minors. Opinion by JUSTICE BURKE. Not to be published in full.